RECEIVED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 P 3:48

| | |
|---|---|
| LESCO, INC.<br>    Plaintiff,<br><br>  v.<br><br>R.F. MORSE & SON, INC. and<br>MICHAEL DONAHUE,<br><br>    Defendants. | Case No. 303CV513 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned attorneys for defendants R.F. Morse & Son, Inc. and Michael Donahue hereby withdraw their appearance in the above-captioned case.

Defendants will continue to be represented by Barry J. Waters and Theresa M. Parietti of Murtha Cullian, LLP. No motions are pending before the Court, and no trial date has been set.

                 /s/ Michael L. Rosen
                 Michael L. Rosen
                 Michele A. Whitham
                 Sindy J. Siegel
                 Foley Hoag, LLP
                 155 Seaport Boulevard
                 Boston, MA 02210
                 (617) 832-1000

Dated: October 14, 2003

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by mail/hand on 10/14/03

19/425802.1