RECEIVED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 17 P 3:48

| LESCO, INC. | |
|---|---|
| Plaintiff, | |
| v. | Case No. 303CV513 (SRU) |
| R.F. MORSE & SON, INC. and MICHAEL DONAHUE, | |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned attorneys for defendants R.F. Morse & Son, Inc. and Michael Donahue hereby withdraw their appearance in the above-captioned case.

Defendants will continue to be represented by Barry J. Waters and Theresa M. Parietti of Murtha Cullina, LLP. No motions are pending before the Court, and no trial date has been set.

_____
Michael L. Rosen
Michele A. Whitham
Sindy J. Siegel
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: October 14, 2003

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by mail hand on 10/14/03

Treating this Notice as a motion to withdraw the appearances of Michael L. Rosen, Michele A. Whitham and Sindy J. Siegel, the motion is GRANTED. So ordered.

Stefan R. Underhill
United States District Judge
10/27/03

1974258021