UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESCO, INC. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV513(SRU) |
| v. | : | |
| | : | |
| R.F. MORSE & SON, INC. and | : | |
| MICHAEL J. DONAHUE | : | |
| | : | |
|     Defendants | : | December 18, 2003 |

### APPEARANCE

    Please enter the appearance of the undersigned on behalf of the defendants, R.F. Morse & Son, Inc. and Michael Donahue, in the above captioned action.

                                                  DEFENDANTS – R.F. MORSE &
                                                  SON, INC. and MICHAEL J.
                                                  DONAHUE

                                                  By _____
                                                      Hugh F. Murray, III - ct #404510

                                                Murtha Cullina LLP
                                                CityPlace I - 185 Asylum Street
                                                Hartford, Connecticut  06103-3469
                                                Telephone:  (860) 240-6000
                                                Facsimile:  (860) 240-6150
                                                Email:  hmurray@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on this 18th day of December 2003 to: Lawrence Peikes, Esq., Wiggin & Dana LLP, 400 Atlantic Street, P.O. Box 110325, Stamford, CT 06911-0325.

_____
Hugh F. Murray, III - ct #404510