UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LESCO, INC., | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 303CV513 (SRU) |
| | : |
| v. | : |
| | : |
| R.F. MORSE & SON, INC. | : |
| | : |
| and | : |
| | : JANUARY 28, 2004 |
| MICHAEL J. DONAHUE, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed, by and between the parties hereto, through their respective undersigned counsel of record, that the above-captioned matter shall be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each side to bear its own costs and attorneys' fees.

| Plaintiff, | Defendants, |
|---|---|
| LESCO, INC. | R.F. MORSE & SON, ET AL. |
| | |
| WIGGIN & DANA LLP | MURTHA CULLINA LLP |
| Its Attorneys | Its Attorneys |
| 400 Atlantic Street | CityPlace I |
| P.O. Box 110325 | 185 Asylum Street |
| Stamford, CT 06911-0325 | Hartford, CT 06103-3469 |
| (203) 363-7600 | (860) 240-6000 |
| | |
| By:_____ | By_____ |
| Lawrence Peikes (ct 7913) | Hugh F. Murray, III (ct 11418) |

SO ORDERED:

_____
Hon. Stefan R. Underhill
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was mailed first-class, postage prepaid, on this 28th day of February 2004, to: Lawrence Peikes, Esq., Wiggin & Dana LLP, 400 Atlantic Street, P.O. Box 110325, Stamford, CT 06911-0325.

_____
Hugh F. Murray, III – ct11418

709562