39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 29  P 1:29

----------------------------------------------------- X
LESCO, INC.,

         Plaintiff,   : CIVIL ACTION NO. 303CV513 (SRU)

v.

R.F. MORSE & SON, INC.
               : JANUARY 28, 2004
 and            : ~~DECEMBER 15, 2003~~

MICHAEL J. DONAHUE
         Defendants.
----------------------------------------------------- X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed, by and between the parties hereto, through their respective undersigned counsel of record, that the above-captioned matter shall be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| Plaintiff,<br>LESCO, INC. | Defendants,<br>R.F. MORSE & SON, ET AL. |
| WIGGIN & DANA LLP<br>Its Attorneys<br>400 Atlantic Street<br>P.O. Box 110325<br>Stamford, CT 06911-0325<br>(203) 363-7600 | MURTHA CULLINA LLP<br>Its Attorneys<br>Cityplace 1<br>185 Asylum Street<br>Hartford, CT 06103-3469<br>(860) 240-6000 |
| By: _____<br>Lawrence Peikes (ct 07913) | By: _____<br>Hugh F. Murray, III (ct 11418) |

SO ORDERED:

_____
Hon. Stefan R. Underhill
United States District Judge

2/2/04

\16134\1\80904.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was mailed first-class, postage prepaid, on this 28th day of February 2004, to: Lawrence Peikes, Esq., Wiggin & Dana LLP, 400 Atlantic Street, P.O. Box 110325, Stamford, CT 06911-0325.

Hugh F. Murray, III – ct11418