# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESCO, INC., | : | |
| Plaintiff, | : | Case No. 303CV513 (SRU) |
| | : | |
| v. | : | |
| R.F. MORSE & SON, INC. and MICHAEL J. DONAHUE, | : | |
| | : | JANUARY 27, 2005 |
| Defendants. | : | |

## MOTION FOR RETURN OF PROPERTY

Pursuant to D. Conn. L. Civ. R. 83.6(e), and per the directive of the Deputy Clerk by letter dated January 24, 2005, plaintiff LESCO, Inc. respectfully moves for the return of the following item filed with the Court in connection with the above-captioned suit, which has been resolved and dismissed:

**Surety Bond #929287946 in the amount of $25,000.00 issued by Continental Casualty Company, and dated May 28, 2003**

Respectfully submitted,

Plaintiff,
LESCO, INC.

By: _____
Lawrence Peikes (ct07913)
lpeikes@wiggin.com
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, Connecticut 06911-0325
(203) 363-7000
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of January, 2005, a copy of the foregoing Motion for Return of Property has been served by first-class U.S. mail, postage prepaid, on the following:

> Barry J. Waters, Esq.
> Murtha Cullina LLP
> Two Whitney Avenue
> P.O. Box 704
> New Haven, CT  06503-0704

_____
Lawrence Peikes

\16134\1\97461.1

2